FILED

08/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0611

 ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0611

IN THE MATTER OF THE ADOPTION OF
C.M.C., D.C. and J.C.,

Petitioners and Appellees,

and

C.S.,

Respondent and Appellant.

ORDER

On July 16, 2024, we issued an Opinion in the above-entitled action, affirming the District Court's Findings of Fact, Conclusions of Law, and Decree of Adoption. *In re Adopt. of C.M.C.*, 2024 MT 149N. Appellant subsequently filed a petition for rehearing on July 31, 2024, and a motion to seal the Opinion on August 2, 2024. Appellee filed a response to the petition on August 12, 2024. In the meantime, because the July 16, 2024 Opinion inadvertently contained the full name of a party, we have ordered that Opinion sealed.

This Court will consider a petition for rehearing on very limited grounds. M. R. App. P. 20(1)(a) provides that a petition for rehearing will be considered only when the Court "overlooked some fact material to the decision," when "it overlooked some question presented by counsel that would have proven decisive to the case," or when "its decision conflicts with a statute or controlling decision not addressed" by the Court. Having fully considered the petition and response, we have determined that rehearing is warranted under the standards of M. R. App. P. 20(1)(a).

Accordingly,

IT IS HEREBY ORDERED that Appellant's Petition for Rehearing is GRANTED. The July 16, 2024 Opinion is withdrawn and a new opinion will issue in due course.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 27 day of August 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

FILED

AUG 27 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

2